ROBERT FLOWERS *et al.* VS. SHIP *Alexander,* 1742

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS At a Court of Vice Admiralty held at Newport in the Colony afores^d on Friday the 17th Day of Sep^r A: D: 1742

ROBERT FLOWERS ETC. VS SHIP *Alexander* AND CARGO

The Hon^ble Samuel Pemberton Esq^r D Judge
Present: Joseph Fox Dep^y Reg^r W^m King Dep. Marsh^l
The Court being Opened the Libel read and Allowed Cap^t Bull Attorney for Cap^t Richardson Master of said Ship entered his Plea, and several Papers were lodged in Court and then Philip Webster was Sworn and his Evidence taken, the Court is adjourned to 3 aClock P.M — The Court being Opened According to Adjournment, William Dunbar, Gideon Bragden were Sworn and their Evidences taken The Court is adjourned until to Morrow 8 aClock A: M

Whereas the Ship Alexander William Richardson Master bound from Jamaica to London, took in her Load of Sugars etc. from Savanna La Marr and went from thence to Bluefields and after being Sometime there found that the Said Ship had Sprung a Leak, And at the Request of Said William Richardson, Cap^t William Marshall of the Ship Sheldon, and Cap^t John Tedball of the Ship Georges, upon a Survey by them made Declare That the Said Ship Alexander made no more Water in half an hour Than what was pumped out in three Minutes, Yet Notwithstanding She made then so little, The Mate and other Officers of the Said Ship Alexander Protested against the Said Ship and refus'd to Putt to Sea, w^th their said Cap^t But afterwards upon Severall perswasions of their Said Cap^t they Consented to go to Sea with Said Ship, and Accordingly proceeded with Said Ship in Company with the above named Cap^t William Marshall and Cap^t George Arthur under the Convoy of Cap^t Robert Flower of the Sloop Bonetta, Cap^t John Rous of the Belinder Young Eagle, and Cap^t William Wilkinson of the Sloop Mary, Three English Privateers, And that the Said Ship when at Sea made more Water than when at an Anchor at Bluefields, and upon putting in at the